FRED R. MICLON *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF WINDSOR LOCKS ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Thomas P. Byrne,* in support of the petition.

Submitted September 14—decided September 22, 1976